COURT OF APPEALS

                                                 SECOND
DISTRICT OF TEXAS

                                                                 FORT
WORTH

 

                                        NO.
2-03-369-CV

 

CORRECTIONAL
SERVICES CORPORATION                            APPELLANTS

AND KNYVETT REYES

 

                                                   V.

 

RICKEY
ALEXANDER, INDIVIDUALLY                                       APPELLEES

AND AS INDEPENDENT
ADMINISTRATOR

OF THE ESTATE OF BRYAN
DALE ALEXANDER,

AND JUDY SCHUMPERT

                                               ----------

            FROM
THE 236TH DISTRICT COURT OF TARRANT COUNTY

                                               ----------

                  MEMORANDUM
OPINION[1]
AND JUDGMENT

                                               ----------

We have considered the parties= AAgreed
Motion To Dismiss Appeal.@ 
It is the court=s opinion that the motion should
be granted; therefore, we dismiss the appeal. 
See TEX. R. APP. P.
42.1(a)(2), 43.2(f).

Costs of the appeal shall be paid by the party
incurring the same, for which let execution issue.

PER CURIAM

PANEL D:   MCCOY, LIVINGSTON, and DAUPHINOT, JJ.

 

DELIVERED:  November 23, 2005











[1]See Tex. R. App. P. 47.4.